■ In the Matter of the Arbitration between CONNETQUOT TEACHERS ASSOCIATION, Appellant, and BOARD OF EDUCATION, CONNETQUOT CENTRAL SCHOOL DISTRICT OF ISLIP, Respondent. — In a proceeding to confirm an arbitration award, in which respondent cross-applied to vacate the award, petitioner appeals from a judgment of the Supreme Court, Suffolk County, dated July 12, 1979, which denied the petition to confirm and granted the cross application to the extent of vacating the award and directing a hearing before a new arbitrator. Judgment reversed, on the law, without costs or disbursements, petition to confirm the award granted and cross application denied. The arbitrator's interpretation of the subject contract clause was rational. Damiani, J. P., Gulotta, O'Connor and Thompson, JJ., concur.

■ In the Matter of RONALD M., Appellant. — Appeal from an order of the Family Court, Queens County, dated November 1, 1979, which, upon a determination, after a hearing, that appellant had committed acts which, if done by an adult, would constitute the crime of resisting arrest, adjudicated appellant a juvenile delinquent and placed him with the State Division for Youth, Title II, for one year. Order reversed, on the law, without costs or disbursements, and petition dismissed. Appellant's guilt was not established beyond a reasonable doubt. Lazer, J. P., Mangano, Cohalan and Margett, JJ., concur.